IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BEN LAMONT DENSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D17-1627

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 1, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ben Lamont Denson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied.  See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.